**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SMART APPROACHES TO
MARIJUANA, *et al.*,

    *Plaintiffs*,

v.

ROBERT F. KENNEDY, JR., in his official
capacity as Secretary of Health and
Human Services, *et al.*,

    *Defendants.*

Case No. 1:26-cv-01081

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 26.1 of the

United States District Court for the District of Columbia, Plaintiffs Smart Approaches to

Marijuana; Cannabis Industry Victims Educating Litigators; Cannabis Impact Prevention

Coalition, LLC; and Cannabis Industry Victims Seeking Justice, by and through their

undersigned counsel, state that each Plaintiff has no parent corporation, and that no

publicly held corporation owns 10% or more of the stock of each Plaintiff.


                         */s/ Connor W. Mighell*

                         Connor W. Mighell
                         Attorney for Plaintiffs