**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **SMART APPROACHES TO MARIJUANA et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **ROBERT F. KENNEDY, JR., et al.**, <br><br> Defendants. | Case No. 1:26-cv-1081 (TNM) |

## ORDER

Before the Court is Plaintiffs' motion for a temporary restraining order.  *See* ECF No. 3.  A temporary restraining order is an "extraordinary and drastic remedy," so the standard for issuing one is "very high."  *RCM Techs., Inc. v. Beacon Hill Staffing Grp., LLC*, 502 F. Supp. 2d 70, 72–73 (D.D.C. 2007) (cleaned up).  A party seeking a temporary restraining order must make a "clear showing that four factors, taken together, warrant relief: likely success on the merits, likely irreparable harm in the absence of preliminary relief, a balance of the equities in its favor, and accord with the public interest."  *See League of Women Voters of United States v. Newby*, 838 F.3d 1, 6 (D.C. Cir. 2016) (cleaned up).

Having considered the arguments in Plaintiffs' motion and at a motions hearing, the Court finds that Plaintiffs have not met this high standard.  The motion for a temporary restraining order is thus denied.  The Court will consider Plaintiffs' motion for a preliminary injunction and motion to stay upon the completion of briefing.

Dated:  March 31, 2026

TREVOR N. McFADDEN, U.S.D.J.