UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMART APPROACHES TO MARIJUANA, et al.,<br><br>               Plaintiffs,<br><br>       v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, et al.,<br><br>               Defendants. | Civil Action No. 26-1081 (TNM) |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services ("HHS"), HHS, Dr. Mehmet Oz, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services ("CMS"), and CMS respectfully move to dismiss this action pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. The grounds for this motion are set forth in Defendants' Memorandum of Points and Authorities (1) In Opposition to Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Stay of Agency Action Pending Judicial Review and (2) In Support of Defendants' Motion to Dismiss. A proposed order is attached.

Dated: April 9, 2026

*Of Counsel:*

MICHAEL B. STUART
    *General Counsel*

ELIZABETH C. KELLEY
    *Deputy General Counsel and*
    *Chief Legal Officer for CMS*

BETSY M. PELOVITZ
    *Associate General Counsel*

JOCELYN S. BEER
    *Acting Deputy Associate*
    *General Counsel for Litigation*

KATHERINE A. GREGORY
    *Attorney*

*U.S. Department of Health and Human*
    *Services*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:        /s/ *Xinyu Yang*
    Xinyu Yang, Texas Bar #24098643
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-252-7225

    MATTHEW C. ZORN
    Texas Bar #24106625
    Deputy General Counsel, U.S. Department
    of Health and Human Services and Special Assis-
    tant U.S. Attorney
    200 Independence Ave.
    Washington, D.C. 20201
    202-690-7741
    Matthew.Zorn@hhs.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SMART APPROACHES TO MARIJUANA,
et al.,

                    Plaintiffs,

          v.

ROBERT F. KENNEDY, JR., in his official
capacity as Secretary of Health and Human
Services, et al.,

                    Defendants.

Civil Action No. 26-1081 (TNM)

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Motion to Dismiss and Defendants' Memorandum of Points and Authorities (1) In Opposition to Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Stay of Agency Action Pending Judicial Review and (2) In Support of Defendants' Motion to Dismiss, it is hereby

ORDERED that Plaintiffs' motion for a preliminary injunction is DENIED; and it is

ORDERED that Defendants' motion to dismiss is GRANTED; and it is

FURTHER ORDERED that this action is dismissed with prejudice.

SO ORDERED, this _____ day of _____, 2026.

_____
TREVOR N. McFADDEN
United States District Judge

3